# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Anne E. | U.S. District Court | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

402 E. State Street
Room 4000
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - ▨▨▨ |
| 3. | Co-Trustee | Trust #2 - ▨▨▨ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | National Conference of Bar Examiners -- Fees earned for drafting, editing & revising bar exam and evaluating performance of test questions. | $7,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | March 17-20, 2011 | St. Croix, USVI | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | September 22-25, 2011 | Madison, Wisc. | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Nat'l Bank Checking Account | A | Interest | K | T | | | | | |
| 2. Dukes County Bank Account | | None | J | T | | | | | |
| 3. Glenmede Tax-Exempt Fund | | None | J | T | | | | | |
| 4. Hansen Natural Corp | | None | | | Sold | 04/07/11 | J | A | |
| 5. Gilead Sciences Inc | | None | | | Sold | 08/01/11 | J | A | |
| 6. Exelon Corporation | A | Dividend | J | T | | | | | |
| 7. McDonalds Corp | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 8. ITT Educational Services | | None | | | Sold | 04/07/11 | J | A | |
| 9. Intel Corp | A | Dividend | J | T | | | | | |
| 10. Ace Ltd | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 11. Charles Schwab | A | Dividend | | | Sold | 11/06/11 | J | A | |
| 12. National Oilwell Varco Inc | A | Dividend | | | Sold | 06/07/11 | J | B | |
| 13. Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 14. Medtronic Inc | A | Dividend | | | Sold | 04/07/11 | J | A | |
| 15. Cisco Systems | A | Dividend | | | Sold | 08/16/11 | J | A | |
| 16. Walgreen Co | A | Dividend | J | T | Buy | 07/26/11 | J | | |
| 17. HJ Heinz Co | A | Dividend | J | T | Buy | 09/15/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRUST #1 -- ███████ | D | Dividend | O | T | | | | | |
| 19. -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 20. -- Fidelity Money Market Cash Reserves | | | | | | | | | |
| 21. -- Fidelity Advisor New Insights Fund | | | | | Buy (add'l) | 01/10/11 | J | | |
| 22. -- Fidelity Advisor New Insights Fund | | | | | Sold (part) | 10/04/11 | J | A | |
| 23. -- Fidelity Real Estate Investment Fund | | | | | Buy (add'l) | 10/04/11 | J | | |
| 24. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 25. -- Fidelity NJ Municipal Income Fund | | | | | Buy (add'l) | 01/10/11 | J | | |
| 26. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Buy (add'l) | 01/10/11 | J | | |
| 27. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Sold (part) | 03/09/11 | J | A | |
| 28. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Buy (add'l) | 06/01/11 | J | | |
| 29. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Buy (add'l) | 12/05/11 | J | | |
| 30. -- Cambriar Opportunity Investor Fund | | | | | | | | | |
| 31. -- AllianceBern Muni Inc Fund II NJ | | | | | Sold (part) | 10/04/11 | J | A | |
| 32. -- Baron Growth Fund | | | | | | | | | |
| 33. -- Columbia Marisco Focused Eq. CL A | | | | | | | | | |
| 34. -- DWS Strategic High Yield Tax Free CL S | | | | | Sold (part) | 01/10/11 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Davis NY Venture CL A | | | | | | | | | |
| 36. -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 37. -- Franklin NJ Tax Free Income Fund A | | | | | Sold (part) | 01/10/11 | J | A | |
| 38. -- Franklin NJ Tax Free Income Fund A | | | | | Buy (add'l) | 06/01/11 | J | | |
| 39. -- Harbor Capital Appreciation Fund | | | | | | | | | |
| 40. -- Hartford Capital Appreciation Fund CL A | | | | | | | | | |
| 41. -- Hotchkins & Wiley Mid Cap Value Fund CL A | | | | | | | | | |
| 42. -- Morgan Stanley Mid Cap Growth Port CL P | | | | | | | | | |
| 43. -- Mutual Series Mutual Shares CL A | | | | | | | | | |
| 44. -- Nuveen NJ Muni Bond Fund CL A | | | | | Sold (part) | 08/03/11 | J | A | |
| 45. -- Nuveen NJ Muni Bond Fund CL A | | | | | Sold (part) | 10/04/11 | J | A | |
| 46. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | Buy (add'l) | 01/10/11 | J | | |
| 47. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | Sold (part) | 10/04/11 | J | A | |
| 48. -- T Rowe Price Value Fund Adv Class | | | | | | | | | |
| 49. -- Royce PA Mutual Fund | | | | | | | | | |
| 50. -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 08/05/11 | J | | |
| 51. -- S&P 500 Depository Receipt | | | | | Sold (part) | 10/06/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- CRM Mid Cap Value Investor Fund | | | | | | | | | |
| 53. -- Pimco Real Estate Admin Class Fund | | | | | Sold | 06/01/11 | J | A | |
| 54. -- Pimco Commodity Real Ret Strat Admin | | | | | Sold (part) | 12/05/11 | J | A | |
| 55. -- Fidelity Emerging Markets Fund | | | | | | | | | |
| 56. -- Invesco Int'l Growth Fund | | | | | Sold (part) | 12/06/11 | J | A | |
| 57. -- Manning & Napier World Oppt | | | | | Sold | 10/04/11 | J | A | |
| 58. -- Thornburg Int'l Value Fund | | | | | | | | | |
| 59. -- Vitrus Foreign Opportunities Fund | | | | | | | | | |
| 60. -- Goldman Sachs High Yield Fund | | | | | Buy (add'l) | 01/10/11 | J | | |
| 61. -- Goldman Sachs High Yield Fund | | | | | Sold (part) | 03/09/11 | J | A | |
| 62. -- Goldman Sachs High Yield Fund | | | | | Sold | 08/03/11 | J | A | |
| 63. -- T Rowe Price High Yield Fund | | | | | Sold (part) | 10/04/11 | J | A | |
| 64. -- Templeton Global Bond Fund | | | | | Sold (part) | 10/04/11 | J | A | |
| 65. -- American Europacific Growth | | | | | Sold | 10/04/11 | J | A | |
| 66. -- MFS International Diversification Fund | | | | | | | | | |
| 67. -- Fidelity Select Money Market | | | | | Sold | 01/07/11 | K | A | |
| 68. -- Eaton Vance Tax Managed Value | | | | | Sold (part) | 12/05/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- T Rowe Tax Free Inc Fund | | | | | Sold | 01/10/11 | J | A | |
| 70. -- T Rowe Tax Free Inc Fund | | | | | Buy | 03/09/11 | J | | |
| 71. -- Aberdeen Emerging Markets | | | | | Buy | 01/10/11 | J | | |
| 72. -- Aberdeen Emerging Markets | | | | | Sold (part) | 03/09/11 | J | A | |
| 73. -- Aberdeen Emerging Markets | | | | | Buy (add'l) | 08/03/11 | J | | |
| 74. -- Aberdeen Emerging Markets | | | | | Sold | 10/04/11 | J | A | |
| 75. -- JP Morgan US Equity Fund | | | | | Buy | 01/10/11 | J | | |
| 76. -- JP Morgan US Equity Fund | | | | | Sold (part) | 03/09/11 | J | A | |
| 77. -- JP Morgan US Equity Fund | | | | | Sold | 10/04/11 | J | A | |
| 78. -- T Rowe Price Equity Income | | | | | Buy | 01/10/11 | J | | |
| 79. -- T Rowe Price Equity Income | | | | | Sold | 10/04/11 | J | A | |
| 80. -- EV Parametric Structured Emerging Markets | | | | | Buy | 01/10/11 | J | | |
| 81. -- Aston/River Road Dividend All Cap | | | | | Buy | 10/04/11 | J | | |
| 82. -- Causeway International Value | | | | | Buy | 10/04/11 | J | | |
| 83. -- FMI Large Cap Fund | | | | | Buy | 10/04/11 | J | | |
| 84. -- Lazard Emerging Markets | | | | | Buy | 10/04/11 | J | | |
| 85. -- MFS Research Int'l | | | | | Buy | 10/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Primecap Odyssey Growth Fund | | | | | Buy | 10/04/11 | J | | |
| 87. -- IShares TR Russell 1000 Value Index | | | | | Buy | 10/06/11 | J | | |
| 88. -- IShares TR Russell 100 Growth Index | | | | | Buy | 10/06/11 | J | | |
| 89. -- Fidelith Municipal Income | | | | | Buy | 12/05/11 | J | | |
| 90. TRUST #2 -- ▓▓▓▓▓▓▓. ▓▓ | D | Dividend | O | T | | | | | |
| 91. -- Burlington County NJ Bond | | | | | | | | | |
| 92. -- Ocean City NJ Bond | | | | | | | | | |
| 93. -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 94. -- Fidelity Money Market Cash Reserves | | | | | | | | | |
| 95. -- Fidelity Advisor Mid Cap Fund II CL I | | | | | Buy (add'l) | 11/30/11 | J | | |
| 96. -- Fidelity Advisor Int'l Discovery Fund CL I | | | | | | | | | |
| 97. -- Fidelity Real Estate Investment Fund | | | | | Buy (add'l) | 01/10/11 | J | | |
| 98. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 99. -- Allianz NFJ Dividend Value Fund | | | | | | | | | |
| 100. -- Baron Growth Fund | | | | | | | | | |
| 101. -- Columbia Marisco Focused Eq. CL A | | | | | | | | | |
| 102. -- DWS Strategic High Yield Tax Free CL S | | | | | Sold (part) | 01/10/11 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Davis NY Venture CL A | | | | | | | | | |
| 104. -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 105. -- Franklin NJ Tax Free Income Fund A | | | | | Sold (part) | 01/10/11 | K | A | |
| 106. -- Franklin NJ Tax Free Income Fund A | | | | | Sold (part) | 03/31/11 | J | A | |
| 107. -- Franklin NJ Tax Free Income Fund A | | | | | Sold (part) | 11/30/11 | J | A | |
| 108. -- Harbor Capital Appreciation Fund | | | | | | | | | |
| 109. -- Hartford Capital Appreciation Fund CL A | | | | | | | | | |
| 110. -- IShares TR Russell 100 Growth Index Fund | | | | | Buy (add'l) | 09/12/11 | J | | |
| 111. -- Artio Int'l Equity Fund II CL A | | | | | | | | | |
| 112. -- Mutual Series Mutual Shares CL A | | | | | | | | | |
| 113. -- Nuveen NJ Muni Bond Fund CL A | | | | | | | | | |
| 114. -- RS Value Fund | | | | | | | | | |
| 115. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | Buy (add'l) | 01/10/11 | J | | |
| 116. -- T Rowe Price Mid Cap Value Fund Adv | | | | | Sold (part) | 03/31/11 | J | B | |
| 117. -- T Rowe Price Mid Cap Value Fund Adv | | | | | Buy (add'l) | 09/08/11 | J | | |
| 118. -- T Rowe Price Mid Cap Value Fund Adv | | | | | Sold (part) | 11/30/11 | J | B | |
| 119. -- T Rowe Price Value Fund Adv Class | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- Royce PA Mutual Fund | | | | | | | | | |
| 121. -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 06/20/11 | J | | |
| 122. -- S&P 500 Depository Receipt | | | | | Sold (part) | 09/07/11 | J | A | |
| 123. -- CRM Mid Cap Value Investor Fund | | | | | | | | | |
| 124. -- Invesco Int'l Growth Fund | | | | | | | | | |
| 125. -- Artisan Int'l Value Fund | | | | | | | | | |
| 126. -- American EuroPacific Growth Fund | | | | | | | | | |
| 127. -- Manning & Napier World Oppt | | | | | Sold | 11/30/11 | J | A | |
| 128. -- SSGA Emerging Markets | | | | | | | | | |
| 129. -- Thornburg Int'l Value Fund | | | | | | | | | |
| 130. -- AllianceBern Muni Inc II NJ Fund | | | | | Buy (add'l) | 01/11/11 | J | | |
| 131. -- T Rowe Price High Yield Fund | | | | | Buy (add'l) | 01/10/11 | J | | |
| 132. -- T Rowe Price High Yield Fund | | | | | Sold (part) | 03/31/11 | J | B | |
| 133. -- T Rowe Price High Yield Fund | | | | | Sold | 09/08/11 | J | A | |
| 134. -- Fidelity NJ Muni Income | | | | | Sold | 01/10/11 | L | A | |
| 135. -- Fidelity NJ Muni Income | | | | | Buy | 03/31/11 | J | | |
| 136. -- Fidelity NJ Muni Income | | | | | Buy (add'l) | 06/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- MFS International Diversification Fund | | | | | Buy (add'l) | 01/10/11 | J | | |
| 138. -- MFS International Diversification Fund | | | | | Sold (part) | 09/08/11 | J | A | |
| 139. -- Pimco Commodity Real Return Strat Admin | | | | | Buy (add'l) | 01/10/11 | J | | |
| 140. -- Pimco Commodity Real Return Strat | | | | | Sold (part) | 11/30/11 | J | A | |
| 141. -- Fidelity Advisor New Insights | | | | | Buy (add'l) | 01/10/11 | J | | |
| 142. -- Fidelity Advisor New Insights | | | | | Sold (part) | 09/08/11 | J | A | |
| 143. -- Eaton Vance Tax Managed Value | | | | | Buy | 01/10/11 | J | | |
| 144. -- Eaton Vance Tax Managed Value | | | | | Sold | 09/08/11 | J | A | |
| 145. -- EV Parametric Structure Emerging Markets | | | | | Buy | 01/10/11 | J | | |
| 146. -- EV Parametric Structure Emerging Markets | | | | | Buy (add'l) | 11/30/11 | J | | |
| 147. -- Fidelity Capital & Income | | | | | Buy | 01/10/11 | J | | |
| 148. -- Fidelity Capital & Income | | | | | Sold | 09/08/11 | J | A | |
| 149. -- Pimco Real Return Admin | | | | | Buy | 01/10/11 | J | | |
| 150. -- Pimco Real Return Admin | | | | | Sold | 06/16/11 | J | A | |
| 151. -- T Rowe Price Tax Free Income | | | | | Buy | 01/10/11 | K | | |
| 152. -- T Rowe Price Tax Free Income | | | | | Buy (add'l) | 03/31/11 | J | | |
| 153. -- Templeton Global Bond | | | | | Buy | 01/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Templeton Global Bond | | | | | Sold | 11/30/11 | J | A | |
| 155. -- Causeway International Value | | | | | Buy | 09/08/11 | J | | |
| 156. -- Causeway International Value | | | | | Sold | 11/30/11 | J | A | |
| 157. -- Dodge & Cox Stock Fund | | | | | Buy | 09/08/11 | J | | |
| 158. -- T Rowe International Stock Fund | | | | | Buy | 09/08/11 | J | | |
| 159. -- T Rowe International Stock Fund | | | | | Sold | 11/30/11 | J | A | |
| 160. -- IShares TR 1000 Index | | | | | Buy | 09/12/11 | J | | |
| 161. -- IShares TR 1000 Value Index | | | | | Buy | 09/12/11 | J | | |
| 162. -- Fidelity Municipal Income | | | | | Buy | 11/30/11 | J | | |
| 163. -- Goldman Sachs Commodity Strat | | | | | Buy | 11/30/11 | J | | |
| 164. -- Oakmark International | | | | | Buy | 11/30/11 | J | | |
| 165. -- IShares Msci EAFE Index | | | | | Buy | 12/02/11 | J | | |
| 166. -- IShares TR Russell Midcap Value Index | | | | | Buy | 12/02/11 | J | | |
| 167. GLENMEDE IRA | E | Distribution | O | T | | | | | |
| 168. -- Glenmede Core Fixed Income Port | | | | | Sold (part) | 09/15/11 | K | B | |
| 169. -- Bank of America Bond | | | | | | | | | |
| 170. -- Corts GE Capital Bond | | | | | Sold | 05/10/11 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Exxon Mobil Corp | | | | | | | | | |
| 172. -- Johnson & Johnson | | | | | | | | | |
| 173. -- Glenmede Govt Cash Fund | | | | | | | | | |
| 174. -- Devon Energy | | | | | Sold (part) | 02/28/11 | J | B | |
| 175. -- Devon Energy | | | | | Buy (add'l) | 10/18/11 | J | | |
| 176. -- Qualcomm Corp | | | | | | | | | |
| 177. -- NII Holdings Inc - CL B | | | | | Buy (add'l) | 11/01/11 | J | | |
| 178. -- McDermott International Inc | | | | | Sold (part) | 01/04/11 | J | A | |
| 179. -- McDermott International Inc | | | | | Sold | 01/05/11 | J | C | |
| 180. -- McDermott International Inc | | | | | Buy | 06/23/11 | J | | |
| 181. -- McDermott International Inc | | | | | Buy (add'l) | 08/09/11 | J | | |
| 182. -- Hansen Natural Corp | | | | | Sold (part) | 07/05/11 | J | C | |
| 183. -- Hansen Natural Corp | | | | | Sold | 08/05/11 | J | C | |
| 184. -- AT&T Inc | | | | | | | | | |
| 185. -- Google Inc | | | | | Sold (part) | 08/09/11 | J | A | |
| 186. -- Honeywell International Inc | | | | | | | | | |
| 187. -- Nucor Corp | | | | | Buy (add'l) | 07/07/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Astrazeneca PLC Bond | | | | | | | | | |
| 189. -- Gilead Sciences Inc | | | | | Sold | 07/27/11 | J | A | |
| 190. -- Exelon Corp | | | | | | | | | |
| 191. -- ITT Industries Inc | | | | | Sold | 01/12/11 | J | C | |
| 192. -- Northern Trust Corp | | | | | Sold | 01/05/11 | J | A | |
| 193. -- McDonalds Corp | | | | | Sold | 08/03/11 | J | C | |
| 194. -- Cisco Systems | | | | | Sold | 08/11/11 | J | A | |
| 195. -- Buffalo Small Cap Fund | | | | | Sold | 10/27/11 | J | B | |
| 196. -- William Blair Int'l Growth Fund | | | | | Sold | 08/12/11 | K | C | |
| 197. -- Paychex Inc | | | | | | | | | |
| 198. -- Abbott Laboratories | | | | | | | | | |
| 199. -- Baxter International | | | | | Sold | 06/17/11 | K | B | |
| 200. -- ITT Educational Services | | | | | Sold (part) | 04/08/11 | J | A | |
| 201. -- ITT Educational Services | | | | | Sold (part) | 04/19/11 | J | A | |
| 202. -- ITT Educational Services | | | | | Sold | 04/21/11 | J | B | |
| 203. -- Intel Corp | | | | | | | | | |
| 204. -- Templeton Global Bond Fund | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -- Legg Mason Brandywine Global Fund | | | | | | | | | |
| 206. -- Ace Ltd | | | | | Sold | 06/23/11 | J | C | |
| 207. -- Charles Schwab | | | | | Sold | 11/11/11 | J | A | |
| 208. -- Chubb Corp | | | | | Sold | 08/08/11 | J | B | |
| 209. -- National Oilwell Varco Inc | | | | | Sold (part) | 06/02/11 | J | B | |
| 210. -- International Business Machines | | | | | Sold | 07/12/11 | K | C | |
| 211. -- Pepsico Inc | | | | | Sold | 08/05/11 | J | A | |
| 212. -- Hewlett Packard Corp | | | | | Sold | 05/02/11 | J | A | |
| 213. -- Schlumberger Ltd | | | | | | | | | |
| 214. -- Precision Castparts Corp | | | | | Sold | 06/09/11 | K | C | |
| 215. -- Medtronic Inc | | | | | Sold | 10/05/11 | J | A | |
| 216. -- Matthews Asian & Growth Income Fund | | | | | | | | | |
| 217. -- HJ Heinz Co | | | | | | | | | |
| 218. -- Kellogg Co | | | | | | | | | |
| 219. -- Advance Auto Parts | | | | | Sold | 12/02/11 | J | B | |
| 220. -- Glenmede Fund Inc Secured Options | | | | | Buy | 02/10/11 | J | | |
| 221. -- Target Corp | | | | | Buy | 02/28/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Landstar Systems Inc | | | | | Buy | 03/16/11 | J | | |
| 223. -- Hess Corp | | | | | Buy | 03/18/11 | J | | |
| 224. -- Hess Corp | | | | | Buy (add'l) | 08/10/11 | J | | |
| 225. -- E I DuPont de Nemours & Co | | | | | Buy | 04/21/11 | J | | |
| 226. -- PNC Financial Services Group | | | | | Buy | 05/02/11 | J | | |
| 227. -- Conocophillips | | | | | Buy | 05/17/11 | J | | |
| 228. -- Mosaic Co | | | | | Buy | 05/27/11 | K | | |
| 229. -- Microchip Technology Inc | | | | | Buy | 07/15/11 | J | | |
| 230. -- Express Scripts | | | | | Buy | 07/20/11 | J | | |
| 231. -- Express Scripts | | | | | Buy (add'l) | 10/11/11 | J | | |
| 232. -- Glenmede Fund Inc Advisor Small Cap | | | | | Buy | 07/25/11 | J | | |
| 233. -- Dupont Capital Emerging Markets | | | | | Buy | 07/25/11 | K | | |
| 234. -- Walgreen Co | | | | | Buy | 07/26/11 | J | | |
| 235. -- Cooper Industries | | | | | Buy | 07/26/11 | J | | |
| 236. -- Waters Corp | | | | | Buy | 08/05/11 | K | | |
| 237. -- Varian Medical Systems Inc | | | | | Buy | 08/09/11 | J | | |
| 238. -- 3M Co | | | | | Buy | 08/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- Walt Disney Co | | | | | Buy | 08/15/11 | J | | |
| 240. -- Goldman Sachs Group Inc | | | | | Buy | 08/23/11 | J | | |
| 241. -- JP Morgan Chase & Co | | | | | Buy | 08/23/11 | J | | |
| 242. -- Cognizant Tech Solutions | | | | | Buy | 08/24/11 | J | | |
| 243. -- Avago Technologies Ltd | | | | | Buy | 09/08/11 | J | | |
| 244. -- Darden Restaurants Inc | | | | | Buy | 09/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544